IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GARY BRISTOL,<br><br>  Petitioner,<br><br>vs.<br><br>WARDEN GODFREY; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>  Respondents. | Cause No. CV 21-87-H-BMM-KLD<br><br>FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

United States Magistrate Judge Kathleen L. DeSoto entered her Findings and Recommendations in this case on December 28, 2021 (Doc. 4). Judge DeSoto recommended that Plaintiff's Petition for Habeas Corpus (Doc. 1) should be DISMISSED; that the Clerk of Court should be directed to enter a judgment of dismissal; and that a certificate of appealability should be DENIED.

No party has filed an objection to the Findings and Recommendations. The Court has reviewed Judge DeSoto's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge DeSoto's Findings and

1

Recommendations and adopts them in full.

**IT IS ORDERED** that Judge DeSoto's Findings and Recommendations (Doc. 4) are **ADOPTED IN FULL**.

1. Bristol's Petition (Doc. 1) is DISMISSED without prejudice as unexhausted.

2. The Clerk of Court is directed to enter judgment of dismissal.

3. A certificate of appealability is DENIED.

DATED this 18th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court